UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-CV-60559-PCH

LOUIS R. GIGLIOTTI, PA,
A Florida corporation,

    Plaintiff,

v.

AVRA GmbH, a German corporation,
FRIEDRICH EICHELDINGER, an individual
Residing in Germany, ALEXANDRE MALLET,
An individual resident of Florida, and
SERGIE BOGDANOV, an individual resident
Of unknown residence,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal [D.E. 9], filed November 12, 2015. The Court has reviewed the notice and is otherwise duly advised. Accordingly, it is hereby

ORDERED that this action is dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. All pending motions are denied as moot, and the case is closed.

DONE AND ORDERED in Chambers, Miami, Florida, this 13th day of November, 2015.

                                            Paul C. Huck
                                            United States District Judge

**Copies furnished to:**
All Counsel of Record